

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

Initial conference scheduled for October 11, 2023 is adjourned to December 4, 2023 at 11:00 a.m. The conference will proceed telephonically.
Dial-In No.: 1-888-363-4749, Access Code: 3667981.
SO ORDERED.
Dated: 10/2/2023

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

October 2, 2023

*Via ECF*
Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Romina Causi v. Valnet Inc.*
    Docket No: 1:23-cv-06986-PKC

Dear Judge Castel:

  We are the attorneys for Plaintiff Romina Causi ("Plaintiff") in this matter. Pursuant to Section 1(C)(vii) of Your Honor's Individual Practices, we write to respectfully request an extension of the initial conference date until at least 14 days after Defendant Valnet, Inc. ("Defendant")'s deadline for responding to the Complaint.

  Defendant executed a waiver of service on August 24, 2023, setting November 22, 2023 as Defendant's deadline to answer the Complaint (ECF No. 8). The initial conference is currently set for September 15, 2023. Defendant consents to this request and no adjournments or extensions were previously sought.

  We thank the Court for its time and consideration of this request.

              Respectfully submitted,

              /s *Renee J. Aragona*
              Renee J. Aragona

  cc: Lindsay R. Edelstein, Esq.
     Mitchell Silberberg & Knupp LLP
     *Via email to lre@msk.com*

     *Counsel for Defendant*